# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Lynnise Culler** | | |
| Debtor. | : | Case No. 25-10056 (PMM) |

## ORDER GRANTING MOTION FOR EXTENSION

**AND NOW** upon consideration of the Debtor's Motion to Extend Time to File Schedules (doc. #13, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) All documents and schedules required by Fed. R. Bankr.P.1007 are due on or before **February 5, 2025**.

Date:  1/23/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Lynnise Culler
8616 Fayette Street
Philadelphia, PA 19150