# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Lynnise Culler,<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No.25-10056-pmm |

## ENTRY OF APPEARANCE

To the Clerk of Court:

　　Please enter my appearance as counsel on behalf of the above-captioned debtor, Lynnise Culler.

Dated:  January 31, 2025

　　　　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　Counsel for Debtors

　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney ID #23110
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　cibik@cibiklaw.com