**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **Lynnise Culler**                :        Chapter 13
                                            :
            **Debtor.**              :        Bky. No.  25-10056 (PMM)

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 17, "the Motion"), it is hereby **ORDERED** that:

I.    Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **February 18, 2025.**

II.    **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

III.    This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.  3002(c), **PROVIDED** that the proof of claim is filed  **on or before April 18, 2025**.

IV.    Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer*

**Date:  2/5/25**                                        _____
                                                                   **Hon. Patricia M. Mayer**
                                                                   **U.S. Bankruptcy Judge**