Certificate Number: 03088-PAE-DE-039345706

Bankruptcy Case Number: 25-10056



03088-PAE-DE-039345706

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2025, at 11:49 o'clock AM CST, Lynnise Culler completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 16, 2025        By:  /s/Lorenza Garcia for Doug Tonne

Name:  Doug Tonne

Title:  Counselor