# Pay Summary: 2024 - 48 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | |
|---|---|---|
| **HOME CARE OF PHILADELPHIA**<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date** 11/10/2024 | **Pay Date** 11/29/2024 |
| | **Co.** FC1 | **Clock** |
| | **Home Dept** 000DCW | |
| **Lynnise Culler**<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date** 11/16/2024 | **WGPS Advance Pay Date** |
| | **File #** | **Number** 00480036 |
| | **Worked In Dept** 000DCW | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 645.00** |
| Regular | Rate: 15.0000 | Hours: 40.00 | $ 600.00 |
| Overtime | Rate: 22.5000 | Hours: 2.00 | $ 45.00 |

Total Hours Worked: 42

Basis of Pay: HOURLY

| | | |
|---|---|---|
| **Taxes** | | **$ 94.57** |
| Federal Income Tax | | $ 0.79 |
| Social Security | | $ 39.99 |
| Medicare | | $ 9.35 |
| State Worked In: Pennsylvania | Code: PA | $ 19.80 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.45 |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | $ 24.19 |

| | |
|---|---|
| **Deductions** | **$ 0.00** |

| | |
|---|---|
| **Take Home** | **$ 550.43** |
| CHECKING | $ 550.43 |

## Pay Summary: 2024 - 49 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | | |
|---|---|---|---|---|---|---|
| HOME CARE OF PHILADELPHIA<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date**<br>11/17/2024 | **Pay Date**<br>12/6/2024 | | **Co.**<br>FC1 | **Clock** | **Home Dept**<br>000DCW |
| Lynnise Culler<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date**<br>11/23/2024 | **WGPS Advance Pay Date** | | **File #** | **Number**<br>00490037 | **Worked In Dept**<br>000DCW |

**Gross Pay** — $645.00
- Regular — Rate: 15.0000 — Hours: 40.00 — $600.00
- Overtime — Rate: 22.5000 — Hours: 2.00 — $45.00

**Total Hours Worked:** 42

**Basis of Pay:** HOURLY

**Taxes** — $94.57
- Federal Income Tax — $0.79
- Social Security — $39.99
- Medicare — $9.35
- State Worked In: Pennsylvania — Code: PA — $19.80
- SUI/SDI: Pennsylvania (Taxing) — Code: 59 — $0.45
- Locality Lived In: PHILADELPHIA RESIDENT — Code: 3901 — $24.19

**Deductions** — $0.00

**Take Home** — $550.43
- CHECKING — $550.43

9 / 18 

## Pay Summary: 2024 - 50 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| HOME CARE OF PHILADELPHIA<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date**<br>11/24/2024 | **Pay Date**<br>12/13/2024 | **Co.**<br>FC1 | **Clock** | **Home Dept**<br>000DCW |
| Lynnise Culler<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date**<br>11/30/2024 | **WGPS Advance Pay Date** | **File #** | **Number**<br>00500037 | **Worked In Dept**<br>000DCW |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 675.00** |
| Regular | Rate: 15.0000 | Hours: 34.50 | $ 517.50 |
| Overtime | Rate: 22.5000 | Hours: 1.50 | $ 33.75 |
| Holiday (field 3) | Rate: 22.5000 | Hours: 5.50 | $ 123.75 |

Total Hours Worked: 41.5

Basis of Pay: HOURLY

| | | |
|---|---|---|
| **Taxes** | | **$ 102.53** |
| Federal Income Tax | | $ 4.39 |
| Social Security | | $ 41.85 |
| Medicare | | $ 9.79 |
| State Worked In: Pennsylvania | Code: PA | $ 20.72 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.47 |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | $ 25.31 |

| | |
|---|---|
| **Deductions** | **$ 0.00** |

| | |
|---|---|
| **Take Home** | **$ 572.47** |
| CHECKING | $ 572.47 |

8 / 18

## Pay Summary: 2024 - 51 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | |
|---|---|---|
| **HOME CARE OF PHILADELPHIA**<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date**<br>12/1/2024 | **Pay Date**<br>12/20/2024 |
| **Lynnise Culler**<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date**<br>12/7/2024 | **WGPS Advance Pay Date** |

| Co. | Clock | Home Dept |
|---|---|---|
| FC1 | | 000DCW |

| File # | Number | Worked In Dept |
|---|---|---|
| ███5 | 00510040 | 000DCW |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 645.00** |
| Regular | Rate: 15.0000 | | Hours: 40.00 | $ 600.00 |
| Overtime | Rate: 22.5000 | | Hours: 2.00 | $ 45.00 |

Total Hours Worked: 42

Basis of Pay: HOURLY

| | | | |
|---|---|---|---|
| **Taxes** | | | **$ 94.57** |
| Federal Income Tax | | | $ 0.79 |
| Social Security | | | $ 39.99 |
| Medicare | | | $ 9.35 |
| State Worked In: Pennsylvania | Code: PA | | $ 19.8˙ |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | | $ |

| | |
|---|---|
| **Deductions** | **$ 0.0˙** |

| | |
|---|---|
| **Take Home** | **$ 550.43** |
| CHECKING | $ 550.43 |

7 / 18

## Pay Summary: 2025 - 1 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | | |
|---|---|---|---|---|---|---|
| HOME CARE OF PHILADELPHIA<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date**<br>12/15/2024 | **Pay Date**<br>1/3/2025 | | **Co.**<br>FC1 | **Clock** | **Home Dept**<br>000DCW |
| Lynnise Culler<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date**<br>12/21/2024 | **WGPS Advance Pay Date** | | **File #** | **Number**<br>00010038 | **Worked In Dept**<br>000DCW |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 645.00 |
|    Regular | Rate: 15.0000 | Hours: 40.00 | $ 6(illegible) |
|    Overtime | Rate: 22.5000 | Hours: 2.00 | (illegible) |
| **Total Hours Worked:** 42 | | | |
| **Basis of Pay:** HOURLY | | | |
| **Taxes** | | | $ 93.78 |
|    Social Security | | | $ 39.99 |
|    Medicare | | | $ 9.35 |
|    State Worked In: Pennsylvania | Code: PA | | $ 19.80 |
|    SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 0.45 |
|    Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | | $ 24.19 |
| **Deductions** | | | $ 0.00 |
| **Take Home** | | | $ 551.22 |
|    CHECKING | | | $ 551.22 |

## Pay Summary: 2025 - 2 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | |
|---|---|---|---|
| HOME CARE OF PHILADELPHIA<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date**<br>12/22/2024 | **Pay Date**<br>1/10/2025 | **Co.**<br>FC1 |
| | **Clock** | **Home Dept**<br>000DCW | |
| Lynnise Culler<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date**<br>12/28/2024 | **WGPS Advance Pay Date** | **File #**<br>5 |
| | **Number**<br>00020039 | **Worked In Dept**<br>000DCW | |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 727.50** |
| Regular | Rate: 15.0000 | Hours: 29.00 | | 35.0' |
| Overtime | Rate: 22.5000 | Hours: 2.00 | | 5.0 |
| Holiday (field 3) | Rate: 22.5000 | Hours: 11.00 | | $ 247.50 |

4 / 18

Total Hours Worked: 42

Basis of Pay: HOURLY

| | | | |
|---|---|---|---|
| **Taxes** | | | **$ 115.41** |
| Federal Income Tax | | | $ 9.63 |
| Social Security | | | $ 45.11 |
| Medicare | | | $ 10.55 |
| State Worked In: Pennsylvania | Code: PA | | $ 22.33 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 0.51 |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | | $ 27.28 |

| | |
|---|---|
| **Deductions** | **$ 0.00** |

| | |
|---|---|
| **Take Home** | **$ 612.09** |
| CHECKING | $ 612.09 |

## Pay Summary: 2025 - 3 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| HOME CARE OF PHILADELPHIA<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | **Period Beginning Date**<br>12/29/2024 | **Pay Date**<br>1/17/2025 | **Co.**<br>FC1 | **Clock** | **Home Dept**<br>000DCW |
| Lynnise Culler<br>8616 Fayette Street<br>Philadelphia, PA 19150 | **Period Ending Date**<br>1/4/2025 | **WGPS Advance Pay Date** | **File #**<br>■■■5 | **Number**<br>00030039 | **Worked In Dept**<br>000DCW |

### Gross Pay — $ 665.63

| | | | |
|---|---|---|---|
| Regular | Rate: 15.0000 | Hours: 33.50 | $ 502.50 |
| Overtime | Rate: 22.5000 | Hours: 0.75 | $ 16.88 |
| Holiday (field 3) | Rate: 22.5000 | Hours: 6.50 | $ 146.25 |

Total Hours Worked: 40.75

Basis of Pay: HOURLY

### Taxes — $ 98.98

| | | |
|---|---|---|
| Federal Income Tax | | $ 2.21 |
| Social Security | | $ 41.26 |
| Medicare | | $ 9.65 |
| State Worked In: Pennsylvania | Code: PA | $ 20.43 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.47 |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | $ 24.96 |

### Deductions — $ 0.00

### Take Home — $ 566.65

| | |
|---|---|
| CHECKING | $ 566.65 |

## Pay Summary: 2025 - 4 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| HOME CARE OF PHILADELPHIA<br>7148 FRANKFORD AVE<br>PHILADELPHIA, PA 19135 | Period Beginning Date<br>1/5/2025 | Pay Date<br>1/24/2025 | Co.<br>FC1 | Clock | Home Dept<br>000DCW |
|---|---|---|---|---|---|
| Lynnise Culler<br>8616 Fayette Street<br>Philadelphia, PA 19150 | Period Ending Date<br>1/11/2025 | WGPS Advance Pay Date | File # | Number<br>00040039 | Worked In Dept<br>000DCW |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 645.00 |
| Regular | Rate: 15.0000 | Hours: 40.00 | $ 600.00 |
| Overtime | Rate: 22.5000 | Hours: 2.00 | $ 45.00 |

Total Hours Worked: 42

Basis of Pay: HOURLY

| | | |
|---|---|---|
| **Taxes** | | $ 93.79 |
| Social Security | | $ 39.99 |
| Medicare | | $ 9.36 |
| State Worked In: Pennsylvania | Code: PA | $ 19.80 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.45 |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | $ 24.19 |

| | |
|---|---|
| **Deductions** | $ 0.00 |
| **Take Home** | $ 551.21 |
| CHECKING | $ 551.21 |

## Pay Summary: 2025 - 5 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| HOME CARE OF PHILADELPHIA  7148 FRANKFORD AVE  PHILADELPHIA, PA 19135 | Period Beginning Date  1/12/2025 | Pay Date  1/31/2025 | Co.  FC1 | Clock | Home Dept  000DCW |
|---|---|---|---|---|---|
| Lynnise Culler  8616 Fayette Street  Philadelphia, PA 19150 | Period Ending Date  1/18/2025 | WGPS Advance Pay Date | File # | Number  00050039 | Worked In Dept  000DCW |

| Gross Pay | | | | $ 645.00 |
|---|---|---|---|---|
| Regular | Rate: 15.0000 | | Hours: 40.00 | $ 600.00 |
| Overtime | Rate: 22.5000 | | Hours: 2.00 | $ 45.00 |

Total Hours Worked: 42

Basis of Pay: HOURLY

| Taxes | | | $ 93.78 |
|---|---|---|---|
| Social Security | | | $ 39.99 |
| Medicare | | | $ 9.35 |
| State Worked In: Pennsylvania | Code: PA | | $ 19.80 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 0.45 |
| Locality Lived In: PHILADELPHIA RESIDENT | Code: 3901 | | $ 24.19 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 551.22 |
|---|---|
| CHECKING | $ 551.22 |