UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:
    Lynnise Culler                               Chapter 13
                                                  Case No. 25-10056-PMM
    Debtor
_____

### **NOTICE OF APPEARANCE**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Limosa LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  February 20, 2025

                                                                  Respectfully Submitted,

                                                                  /s/ Michael H. Kaliner
                                                                  Michael H. Kaliner, Esq. PA 28747
                                                                  Orlans Law Group PLLC
                                                                  Attorney for Limosa LLC
                                                                  200 Eagle Road, Bldg 2, Suite 120
                                                                  Wayne, PA 19087
                                                                  (484) 367-4191
                                                                  Email: mkaliner@orlans.com
                                                                  File Number: 25-002841