UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Lynnise Culler                            Chapter 13
                                                Case No. 25-10056-PMM

    Debtor

_____

## CERTIFICATE OF SERVICE

      I, Michael H. Kaliner, Attorney of Orlans Law Group PLLC, do hereby certify that on February 20, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  February 20, 2025

                                                                  Respectfully Submitted,

                                                                  /s/ Michael H. Kaliner
                                                                  Michael H. Kaliner, Esq. PA 28747
                                                                  Orlans Law Group PLLC
                                                                  Attorney for Limosa LLC
                                                                  200 Eagle Road, Bldg 2, Suite 120
                                                                  Wayne, PA 19087
                                                                  (484) 367-4191
                                                                  Email: mkaliner@orlans.com
                                                                  File Number: 25-002841

<u>VIA US MAIL</u>

Lynnise Culler, Debtor
8616 Fayette Street
Philadelphia, PA 19150

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee