**PHH Mortgage Services**

Internal Payoff Statement

Data Update Date: 2/9/2025

| | |
|---|---|
| Loan Skey: | |
| Loan Number: | |
| Borrower Last Name: | HAKIM |
| Property Address | 250 E ARMAT ST, PHILADELPHIA, PA 19144 |
| As of Date: | 02/10/2025 |
| Good through Date: | 01/07/2025 |
| Principal Advances: | $ 103,222.39 |
| Interest: | $ 44,699.25 |
| Interest Rate Type | Annual (1-Yr SOFR) |
| Current Interest Rate | 7.94 |
| MIP: | $ 10,330.41 |
| MIP Rate | 1.25 |
| Servicing Fees: | $ 0.00 |
| Corporate Advances: | $ 25,208.54 |
| Intra Month Per Diem Total: | $ 278.98 |
| **Total Amount Due:** | **$ 183,739.57** |
| Per Diem Post Good Through Date** | 47.10 |

*NOTE: this is a not an external payoff and should not be relied upon if the loan is to be paid in full

**per diem is as of the date generated. Any advances incurred between the as of date and the good through date will increase per diem and will not be included here.