**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Lynnise Culler,<br>    Debtor.<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2023-HB1,<br>    Movant,<br> v.<br>Lynnise Culler,<br>    Debtor/Respondent,<br><br>Kenneth E. West,<br>    Trustee/Respondent. | Bankruptcy No. 25-10056-djb<br><br>Chapter 13<br><br>Related to Doc. No. 31 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2023-HB1, the undersigned hereby withdraws the following document:

 **Docket Entry #31-** Objection to Confirmation of Debtor's Chapter 13 Plan, filed on March 10, 2025.

       Respectfully Submitted,

       **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
       By: /s/ Robert Shearer, Esq.
       Robert Shearer, Esq., Esquire
       13010 Morris Rd., Suite 450
       Alpharetta, GA 30004
       Phone: (470) 321-7112
       Fax: (404) 393-1425
       Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Lynnise Culler,<br>                Debtor.<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2023-HB1,<br>                Movant,<br>   v.<br>Lynnise Culler,<br>                Debtor/Respondent,<br><br>Kenneth E. West,<br>                Trustee/Respondent. | Bankruptcy No. 25-10056-djb<br><br>Chapter 13<br><br>Related to Doc. No. 31 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF to the following parties:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street

Suite 320
Philadelphia, PA 19107

The following parties will be served by first class U.S. Mail:

Lynnise Culler
8616 Fayette Street
Philadelphia, PA 19150

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                By: /s/ Robert Shearer, Esq.
                Robert Shearer, Esq., Esquire
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Phone: (470) 321-7112
                Fax: (404) 393-1425
                Email: rshearer@raslg.com