UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>LYNNISE CULLER<br><br>Debtor | Chapter 13<br>Case No. 25-10056-DJB |
| LIMOSA LLC<br><br>Movant<br><br>v.<br><br>LYNNISE CULLER<br>    (Debtor)<br><br>KAI T, HAKIM-LEWIS<br>    (Co-Debtor)<br><br>KENNETH E. WEST<br>    (Trustee)<br><br>Respondents | Docket No. 24<br><br>Hearing:   April 17, 2025 at 9:30 AM |

## OBJECTION TO CONFIRMATION OF THE PLAN DATED

Now Comes Creditor, Limosa LLC ("Creditor"), by and through its attorneys, Orlans Law Group PLLC, hereby Objects to Confirmation of the Chapter 13 Plan (the "Plan") of Debtor, Lynnise Culler ("Debtor"), as follows:

1. As of the bankruptcy filing date of January 7, 2025, Creditor holds a secured claim against the Debtor's property located at 8616 Fayette Street, Philadelphia, PA 19150

2. On March 10, 2025, Creditor filed a Proof of Claim citing a secured claim in the amount of $39,970.30, with pre-petition arrears in the amount of $39,970.30.

3. The Plan provides for payment to Creditor in the amount of $38,000.00 for pre-petition arrears. As such, the Plan must be amended to reflect the arrears as described above.

4. The Mortgage is non-modifiable pursuant to 11 U.S.C. § 1322(b)(5)

     5.    The Plan violates 11 U.S.C. § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

     6.    Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6), and requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307(c).

     WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Date: <u>April 9, 2025</u>

                                                        Respectfully Submitted,

                                                        */s/ Elizabeth A. Trachtman*
                                                        Michele M. Bradford, Esq. PA 69849
                                                        Nicole M. Francese, Esq. PA 332253
                                                        Elizabeth A. Trachtman, Esq. PA 6941
                                                        Orlans Law Group PLLC
                                                         Attorney for Limosa LLC
                                                         200 Eagle Road, Bldg 2, Suite 120
                                                         Wayne, PA 19087
                                                         (484) 367-4191
                                                         Email: mbradford@orlans.com
                                                         nfrancese@orlans.com
                                                         etrachtman@orlans.com
                                                         File Number: 25-002841