UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>LYNNISE CULLER<br><br>Debtor | Chapter 13<br>Case No. 25-10056-DJB |
| LIMOSA LLC<br><br>Movant<br><br>v.<br><br>LYNNISE CULLER<br>    (Debtor)<br><br>KAI T, HAKIM-LEWIS<br>    (Co-Debtor)<br><br>KENNETH E. WEST<br>    (Trustee)<br><br>Respondents | |

## **ORDER**

    AND NOW, this _____ day of _____ 20__, upon consideration of the Debtor's Chapter 13 Plan, and the Objection of Limosa LLC to Debtor's Chapter 13 Plan, and after hearing, it is hereby

    ORDERED that the confirmation of Debtor's Chapter 13 Plan is DENIED.

                                             BY THE COURT:

                                             _____

                                             Honorable Patricia M. Mayer
                                             United States Bankruptcy Judge