UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>LYNNISE CULLER<br><br>Debtor | Chapter 13<br>Case No. 25-10056-DJB |
| LIMOSA LLC<br><br>Movant<br><br>v.<br><br>LYNNISE CULLER<br>    (Debtor)<br><br>KAI T, HAKIM-LEWIS<br>    (Co-Debtor)<br><br>KENNETH E. WEST<br>    (Trustee)<br><br>Respondents | |

## **CERTIFICATE OF SERVICE**

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on April 9, 2025, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: April 9, 2025

    Respectfully Submitted,

    */s/ Elizabeth A. Trachtman*
    Michele M. Bradford, Esq. PA 69849
    Nicole M. Francese, Esq. PA 332253
    Elizabeth A. Trachtman, Esq. PA 6941
    Orlans Law Group PLLC
    Attorney for Limosa LLC
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087

(484) 367-4191
Email: mbradford@orlans.com
nfrancese@orlans.com
etrachtman@orlans.com
File Number: 25-002841

<u>VIA US MAIL</u>

Lynnise Culler, Debtor
8616 Fayette Street
Philadelphia, PA 19150

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee