**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Lynnise Culler,<br><br>　　　　　　　　　Debtor. | Case No. 25-10056-DJB<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the First Amended Chapter 13 Plan to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system and by first class mail, postage prepaid, to the following parties:

Land Home Financial Services, Inc.
P.O. Box 660155
Dallas, TX 75266-0155

CREDIT ACCEPTANCE CORPORATION
25505 W. 12 MILE ROAD, SUITE 3000
SOUTHFIELD, MI 48034

Philadelphia Gas Works
800 W Montgomery Ave 3F
Philadelphia, PA 19122

Date: April 15, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com