**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Lynnise Culler,<br><br>        Debtor. | Case No. 25-10056-DJB<br>Chapter 13 |

**Certificate of Service**

  I, Michael A. Cibik, certify that on July 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: July 15, 2025

                      /s/ Michael A. Cibik
                      Michael A. Cibik (#23110)
                      Cibik Law, P.C.
                      1500 Walnut Street, Suite 900
                      Philadelphia, PA 19102
                      215-735-1060
                      mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Limosa, LLC**
c/o Land Home Financial Services, Inc.
P.O. Box 660155
Dallas, TX 75266-0155
Method of Service: CM/ECF

**Philadelphia Gas Works**
800 W Montgomery Ave 3F
Philadelphia, PA 19122
Method of Service: First Class Mail

**Credit Acceptance**
25505 W Twelve Mile Rd
Suite 3000
Southfield MI 48034
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail

**City of Philadelphia Law Department**
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., Suite 580
Philadelphia, PA 19102
Method of Service: First Class Mail