UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>LYNNISE CULLER<br><br>      Debtor | Chapter 13<br>Case No. 25-10056-DJB |
| LIMOSA LLC<br><br>      Movant<br><br>v.<br><br>LYNNISE CULLER<br>    (Debtor)<br><br>KAI T, HAKIM-LEWIS<br>    (Co-Debtor)<br><br>KENNETH E. WEST<br>    (Trustee)<br><br>      Respondents | Ref. Dkt. #34 |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE CLERK:

      Please mark the Objection to Confirmation, filed on April 9, 2025 as Doc. #34, as withdrawn without prejudice.

Date: September 11, 2025

      Respectfully Submitted,
      */s/Eliza Garifullina*
      Eliza Garifullina, Esq. PA 336983
      Michele M. Bradford, Esq. PA 69849
      Orlans Law Group PLLC
      Attorney for Limosa LLC
      200 Eagle Road, Bldg 2, Suite 120
      Wayne, PA 19087
      (484) 367-4191
      Email: egarifullina@orlans.com
      mbradford@orlans.com
      File Number: 25-002841