UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>LYNNISE CULLER<br><br>Debtor | Chapter 13<br>Case No. 25-10056-DJB |
| LIMOSA LLC<br><br>Movant<br><br>v.<br><br>LYNNISE CULLER<br>(Debtor)<br><br>KAI T, HAKIM-LEWIS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on September 11, 2025, I caused to be served a copy of Withdrawal of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 11, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Limosa LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-002841

<u>VIA US MAIL</u>

Lynnise Culler, Debtor
8616 Fayette Street
Philadelphia, PA 19150

<u>VIA ECF</u>

Michael A. Cibik, Esq., on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee