United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10056-djb |
| Lynnise Culler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: 155 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynnise Culler, 8616 Fayette Street, Philadelphia, PA 19150-1904 |
| 14966224 | + | Land Home Financial, 1355 Willow Way Suite 250, Concord, CA 94520-8113 |
| 14986196 | | Land Home Financial Services, Inc., P.O. Box 660155, Dallas, TX 75266-0155 |
| 14980470 | + | Limosa LLC, c/o MICHAEL H KALINER, Orlans PC, 200 Eagle Road, Suite 120, Wayne, PA 19087-3115 |
| 14987753 | + | Ocwen Loan Acquisition Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14986325 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, CAPACITY AS OWNER TRUSTEE FOR OCWEN LOAN, PHH MORTGAGE CORPORATION, PO BOX 24606, WEST PALM BEACH, FL 33416-4606 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15013317 | | Email/Text: megan.harper@phila.gov | Sep 26 2025 00:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15022728 | | Email/Text: megan.harper@phila.gov | Sep 26 2025 00:42:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14966873 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2025 00:41:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14987879 | + | Email/Text: RASEBN@raslg.com | Sep 26 2025 00:41:00 | OCWEN LOAN ACQUISITION TRUST 2023-HB1, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 14977433 | + | Email/Text: RASEBN@raslg.com | Sep 26 2025 00:41:00 | Ocwen Loan Acquisition Trust 2023-HB1, c/o Sydney Cauthen, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14977263 | + | Email/Text: RASEBN@raslg.com | Sep 26 2025 00:41:00 | Ocwen Loan Acquisition Trust 2023-HB1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14977530 | ^ | MEBN | Sep 26 2025 00:26:45 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14969314 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2025 00:48:36 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14988217 | | Email/Text: bankruptcy@mtabt.org | Sep 26 2025 00:41:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, TBTA Toll Group, New York, NY 10004 |
| 14988592 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2025 00:48:49 | Verizon by American InfoSource, 4515 N Santa Fe |

Case 25-10056-djb    Doc 56    Filed 09/27/25    Entered 09/28/25 00:38:14    Desc Imaged
Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: 155 | Total Noticed: 16 |

Ave, Oklahoma City, OK 73118-7901

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ELIZA GARIFULLINA | on behalf of Creditor Limosa LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Limosa LLC ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lynnise Culler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL H KALINER | on behalf of Creditor Limosa LLC ANHSOrlans@InfoEx.com pa35@ecfcbis.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2023-HB1 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2023-HB1 rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor Ocwen Loan Acquisition Trust 2023-HB1 sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Lynnise Culler                        Case No. 25−10056−djb

    Debtor(s).                            Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 25, 2025                            For The Court

                                                            Derek J Baker  
                                                            Judge, United States Bankruptcy Court