UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:
    Lynnise Culler                                 Chapter 13
                                                 Case No. 25-10056-DJB
    Debtor

**NOTICE OF ADDRESS CHANGE**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Limosa LLC, in the entitled action.

Please be advised that the Notice address for the above referenced Creditor has changed to:

    Land Home Financial Services, Inc.
    1355 Willow Way
    Suite 250
    Concord, CA 94520

Please update the records accordingly.

Date: _11/18/25_____

                                                         Respectfully submitted,

                                                         */s/Eliza Garifullina*_____
                                                         Eliza Garifullina, PA Bar #336983
                                                         Michele M. Bradford, Bar #69849
                                                         Orlans Law Group PLLC
                                                         200 Eagle Road, Bldg 2, Suite 120
                                                         Wayne, PA 19087
                                                         (484) 367-4191
                                                         Attorneys for Limosa LLC
                                                         egarifullina@orlans.com
                                                         mbradford@orlans.com