UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>LYNNISE CULLER<br><br>　　　　Debtor | Chapter 13<br>Case No. 25-10056-DJB |
| LIMOSA LLC<br><br>　　　　Movant<br><br>v.<br><br>LYNNISE CULLER<br>　　　(Debtor)<br><br>KAI T, HAKIM-LEWIS<br>　　　(Co-Debtor)<br><br>KENNETH E. WEST<br>　　　(Trustee)<br><br>　　　　Respondents | |

## **CERTIFICATE OF SERVICE**

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on November 18, 2025, I caused to be served a copy of Notice of Address Change on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: November 18, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Eliza Garifullina*_____
　　　　　　　　　　　　　　　　　　　　Eliza Garifullina, Esq. PA 336983
　　　　　　　　　　　　　　　　　　　　Michele M. Bradford, Esq. PA 69849
　　　　　　　　　　　　　　　　　　　　Orlans Law Group PLLC
　　　　　　　　　　　　　　　　　　　　Attorney for Limosa LLC
　　　　　　　　　　　　　　　　　　　　200 Eagle Road, Bldg 2, Suite 120
　　　　　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　　　　　(484) 367-4191
　　　　　　　　　　　　　　　　　　　　Email: egarifullina@orlans.com

                                                      mbradford@orlans.com
                                                      File Number: 25-002841

<u>VIA US MAIL</u>

Lynnise Culler, Debtor
8616 Fayette Street
Philadelphia, PA 19150


<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee