UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13

LYNNISE CULLER

                                                                Bankruptcy No. 25-10056-DJB

                      Debtor

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 01/07/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

• Debtor(s) has/have failed to commence or continue making timely payments to the
   trustee as required by 11 U.S.C. Section 1326.

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 07/08/2026                         Respectfully submitted,

                                         */s/ Kenneth E. West, Esq.*
                                         Kenneth E. West, Esq.
                                         Standing Chapter 13 Trusteee
                                         190 N. Independence Mall West
                                         Suite 701
                                         Philadelphia, PA  19106
                                         Telephone: (215) 627-1377